UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                  :

ANGELA DEL VILLAR,             :

                  :

           Plaintiff,      :       19-CV-10891 (JMF)

                  :

      -v-             :       <u>ORDER</u>

                  :

HYATT HOTELS CORPORATION et al.,  :

                  :

         Defendants.     :

                  :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will hold the upcoming conference in this case by telephone, not in person.  Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  Because the Court may need to hold the telephone conference at a different time than scheduled, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: November 30, 2020
      New York, New York

                                          JESSE M. FURMAN
                                    United States District Judge