UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ANGELA DEL VILLAR, :
:
:
Plaintiff, :
:  19-CV-10891 (JMF)
-v- :
:  ORDER
:
HYATT HOTELS CORPORATION et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      **The dial-in information for the initial pretrial conference scheduled for December 9, 2020, at 1:15 p.m.,** *see* **ECF No. 37, has CHANGED.** The parties should join the conference by calling (877) 336-1831 and using access code 121-7018, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated:  December 4, 2020
       New York, New York                        _____
                                                            JESSE M. FURMAN
                                                    United States District Judge