UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :

ANGELA DEL VILLAR,                            :

                               Plaintiff,                  :                    19-CV-10891 (JMF)

                                                      :

                                -v-                                  :                         ORDER

                                                      :

HYATT HOTELS CORPORATION et al.,    :

                                                      :

                               Defendants.             :

                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 8, 2021, William Li, counsel for Defendant Neil Francois, filed a motion to withdraw as Defendant's counsel.  *See* ECF No. 46.  By **March 10, 2021**, Mr. Li shall file a supplemental affidavit addressing whether he is asserting a retaining or charging lien and shall serve (1) the motion and any supporting documents; (2) the supplemental affidavit; and (3) a copy of this Order on his client.  *See* S.D.N.Y. Local Rule 1.4.  By **March 12, 2021**, he shall file proof of such service on the docket.

       Any opposition to the motion to withdraw shall be filed by **March 22, 2021**; any reply shall be filed by **March 26, 2021**.  Unless and until the Court grants the motion, Mr. Li remains counsel of record, and discovery shall proceed as scheduled.  If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

       SO ORDERED.

Dated: March 9, 2021
       New York, New York                                        JESSE M. FURMAN
                                                           United States District Judge