UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

ANGELA DEL VILLAR,                         :

                        Plaintiff,                    :              19-CV-10891 (JMF)

               -v-                            :                  ORDER

HYATT HOTELS CORPORATION et al.,        :

                        Defendants.               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The pretrial conference scheduled for June 1, 2021, at 4:00 p.m., *see* ECF No. 56, is RESCHEDULED to **June 1, 2021**, at **4:30 p.m.** In light of the circumstances surrounding COVID-19, the Court will conduct the conference remotely by telephone in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties, **including *pro se* Defendant Neil Francois,** should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) The parties are reminded of their obligation to file a joint letter on ECF **no later than the Thursday prior to the conference.** *See* ECF No. 41.

       As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the counseled parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

       The Clerk of Court is directed to mail a copy of this Order to Defendant Neil Francois.

       SO ORDERED.

Dated: May 24, 2021
       New York, New York                               _____
                                                                  JESSE M. FURMAN
                                                          United States District Judge