```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
ANGELA DEL VILLAR,                                  :
                                                    :
                              Plaintiff,            :        19-CV-10891 (JMF)
                                                    :
              -v-                                   :        ORDER
                                                    :
HYATT HOTELS CORPORATION et al.,                    :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  By Order dated **May 24, 2021**, the Court directed the *pro se* Defendant, Neil Francois, and all counseled parties to appear for a pretrial teleconference on **June 1, 2021**, at **4:30 p.m.** ECF No. 58.  Mr. Francois did not appear for the teleconference.  It is hereby ORDERED that the conference is RESCHEDULED for **June 10, 2021**, at **2:15 p.m.**, at which point Mr. Francois should be prepared to explain to the Court his failure to appear at yesterday's conference.  **In the event that Mr. Francois fails to appear for the June 10, 2021 conference, sanctions may be imposed** — up to and including entry of default judgment against Mr. Francois.

  The rescheduled conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

  As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the counseled parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

  If Mr. Francois is unable to participate in the rescheduled conference without undue hardship, he shall promptly file a letter to the Court through the Court's *Pro Se* Intake Unit, at Temporary_Pro_Se_Filing@nysd.uscourts.gov, or 40 Centre Street, Room 105, New York, New York 10007.  Additionally, if Mr. Francois would prefer to receive communications in this case electronically in the future, he is encouraged to fill out the attached consent form, which is also available at https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-

Se_Eservice-form.pdf, and to return it to the *Pro Se* Intake Unit.

      The counseled parties are ORDERED to serve a copy of this Order on Mr. Francois by email and to file proof of such service on the docket by **June 4, 2021**. Additionally, counsel are ORDERED to provide a copy of this Order to Mr. Francois at Mr. Francois's deposition.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Francois.

      SO ORDERED.

Dated: June 2, 2021  
      New York, New York

                                                     JESSE M. FURMAN  
                                                    United States District Judge



United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007