```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANGELA DEL VILLAR,                                                     :
                                                                       :
                                Plaintiff,                             :   19-CV-10891 (JMF)
                                                                       :
                -v-                                                    :   ORDER
                                                                       :
HYATT HOTELS CORPORATION et al.,                                       :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the pretrial conference held earlier today:

- The Hyatt Defendants shall immediately send Mr. Francois copies of all outstanding discovery requests by email and mail. Mr. Francois shall complete production no later than **June 18, 2021.** The Hyatt Defendants shall raise any issues related to Mr. Francois's discovery responses with the Court no later than **June 25, 2021.**

- Defendants shall file any motion or motions for summary judgment by **July 22, 2021.** Plaintiff shall file a single, consolidated opposition by **August 19, 2021.** Any reply or replies shall be filed by **September 2, 2021.**

- Expert discovery is deferred pending the Court's ruling on Defendants' summary judgment motion or motions.

    The Clerk of Court is directed to mail a copy of this Order to Mr. Francois.

    SO ORDERED.

Dated: June 10, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                           United States District Judge