UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANGELA DEL VILLAR,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :            19-CV-10891 (JMF)
              -v-                                                      :
                                                                       :                 ORDER
HYATT HOTELS CORPORATION et al.,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 23, 2022, the Court ordered that Plaintiff file any motion for entry of a
default judgment no later than October 24, 2022, with any opposition to the motion for default
judgment due by November 7, 2022.  In light of numerous filing errors that resulted in the final
motion for default judgment being filed on November 4, 2022, *see* ECF No. 99, the deadline for
the opposition to the motion for default judgment is hereby extended to **November 18, 2022**.

      Additionally, the default judgment hearing scheduled for November 15, 2022, at 4:00
p.m., is adjourned to **November 29, 2022, at 10:00 a.m.**  Unless and until the Court orders
otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B
of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the
conference by calling the Court's dedicated conference line at (888) 363-4749 and using access
code 542-1540, followed by the pound (#) key.

      It is further ORDERED that Del Villar serve Francois via overnight courier with a copy
of this Order **within one business days** and file proof of such service within **two business days.**

      The Clerk of Court is separately directed to mail a copy of this Order to Francois.

      SO ORDERED.

Dated:  November 7, 2022                     _____
        New York, New York                              JESSE M. FURMAN
                                                      United States District Judge