UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
              :
ANGELA DEL VILLAR,            :
              :
           Plaintiff,    :
              :   19-CV-10891 (JMF)
      -v-             :
              :   <u>DEFAULT JUDGMENT</u>
NEIL FRANCOIS,             :   <u>AND ORDER</u>
              :
           Defendant.    :
              :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     After *pro se* Defendant Neil Francois failed to file any pretrial submissions or appear for a final pretrial conference, Plaintiff Angela Del Villar moved to strike his Answer and moved for default judgment against him. *See* ECF No. 99. As discussed on the record at the default judgment hearing held earlier today, Plaintiff's motion to strike Mr. Francois's Answer is GRANTED and Plaintiff's motion for default judgment against Mr. Francois is GRANTED, but ***as to liability only***. By separate Order, the Court will refer the case to Magistrate Judge Katharine H. Parker for an inquest on damages, costs, and attorneys' fees.

     The Clerk of Court is directed to terminate ECF No. 99 and to mail a copy of this Order and the associated referral order to Mr. Francois.

     SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                                    _____
                                                          JESSE M. FURMAN
                                                        United States District Judge