UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

ANGELA DEL VILLAR,                   :

                            :

               Plaintiff,         :

                            :        19-CV-10891 (JMF)

         -v-                   :

                            :          <u>ORDER</u>

NEIL FRANCOIS,                  :

                            :

              Defendant.      :

                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On November 29, 2022, the Court granted Plaintiff's motion for default judgment.  *See* ECF No. 108.  Defendant Neil Francois now requests that the Court vacate that decision, arguing that he changed his address on July 1, 2021, and "never received notice of any Court proceedings."  *See* ECF No. 117.

        Plaintiff shall respond to Francois's request by **April 12, 2023**.  Francois shall file any reply by **April 26, 2023**.

        Plaintiff is hereby ordered to serve this Order both (1) by mail, to Mr. Francois's new address as stated in his letter, as well as (2) by e-mail, to all known email addresses of Mr. Francois, by **March 24, 2023,** and to file proof of service on the docket by **March 27, 2023**. Plaintiff is ordered to serve a copy of Plaintiff's response to Mr. Francois's letter through the same means, by **one business day** after the response is filed on ECF, and to file proof on the docket **one business day** after service.

        The Clerk of Court is directed to update Mr. Francois's address to the new address as stated in his letter.  *See* ECF No. 117.

        SO ORDERED.

Dated: March 22, 2023
      New York, New York                     _____
                                     JESSE M. FURMAN
                                 United States District Judge