UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                      :

ANGELA DEL VILLAR,                :

                                   :

               Plaintiff,         :

                                   :        19-CV-10891 (JMF)

       -v-                  :

                                   :           ORDER

NEIL FRANCOIS,                :

                                   :

               Defendant.     :

                                   :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At the conference held on June 14, 2023, Francois provided the Court with hard copies of various emails in support of his motion to vacate the default judgment.  The Court ordered Francois to submit those emails, and other relevant emails, via ECF within two weeks of the conference. Francois has now filed several emails.  *See* ECF No. 127.  Those emails, however, do not include at least some of the emails provided to the Court in hard copy, most notably an email sent from Francois to NYLAG in August or September 2022.  Francois's counsel shall file those emails on ECF no later than **July 6, 2023**.

      **The Clerk of Court is directed to mail a copy of this Order to Francois.**  In addition, and out of an abundance of caution, Plaintiff shall serve a copy on Francois by e-mail by **June 29, 2023**, and, no later than **June 30, 2023**, file proof of such service.

      SO ORDERED.

Dated: June 28, 2023
      New York, New York               _____
                                        JESSE M. FURMAN
                                     United States District Judge