UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANGELA DEL VILLAR,

                Plaintiff,

        -v-                                    19cv10891 (JMF)

NEIL FRANCOIS,                      ORDER

                Defendant.
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- By separate order entered today, the Court will refer the parties to Magistrate Judge Parker for settlement. The parties shall contact her Chambers by Friday to schedule a settlement conference as soon as practicable.

- Unless and until the Court orders otherwise, Plaintiff shall — after conferring with Defendant — file any motion to preclude witnesses and/or evidence by **October 20, 2023**; any opposition is due by **November 10, 2023**; and any reply is due by **November 17, 2023**.

- The Court will schedule a trial date after any such motion is filed.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge